### DEVORE *v.* PONDER.

LUMPKIN, P. J. The questions presented by the motion to dismiss the writ of error in the present case, and by the motion to amend the bill of exceptions, are controlled by the decision of this court in the case of *Orr* v. *Webb*, 112 *Ga.* 806. It results that the former motion must be sustained and the latter denied.　　　　*Writ of error dismissed. All the Justices concurring.*

Submitted March 2, — Decided March 25, 1901.

Motion to dismiss the writ of error.

*Teasley & Hutcherson* and *J. P. Brooke,* for plaintiff.
*B. F. Simpson, T. L. Lewis,* and *S. R. Atkinson,* for defendant.